# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

JOE EARL COLE                                            PETITIONER

V.                                            CAUSE NO. 3:18-CV-770-CWR-MTP

PELICIA HALL                                            RESPONDENT

## ORDER

Before the Court is petitioner Joe Earl Cole's objection to the Magistrate Judge's Report and Recommendation (R&R). *See* Docket Nos. 90-91. Cole argues that the Court should generally refer back to his prior motions and grant him relief, but he presents no specific reason or explanation for how the R&R erred. On review, however, the R&R appears to be correct that this federal habeas petition was untimely.

Accordingly, the R&R is adopted as this Court's own Order, and this case is dismissed with prejudice. A separate Final Judgment shall issue. No certificate of appealability will be granted.

**SO ORDERED**, this the 15th day of July, 2019.

                                                       s/ Carlton W. Reeves
                                                       UNITED STATES DISTRICT JUDGE